MOLLIE SCHWARTZ, Respondent, *v.* NEW YORK, WEST-CHESTER AND BOSTON RAILWAY COMPANY, Appellant.

(Argued October 15, 1930; decided November 18, 1930.)

*William H. Hall* and *Edward Ward McMahon* for appellant.

*Fred P. Harrington, Louis Winkler* and *Morris M. Winkler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.